UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHISH ACHARJEE,<br><br>                    Plaintiff,<br><br>         v.<br><br>SHERIFF DEPARTMENT OF RIVERSIDE COUNTY ET AL,<br><br>                    Defendant(s). | Case No. 5:23-cv-00112-HDV (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: September 25, 2024

_____
HONORABLE HERNÁN D. VERA
United States District Judge